**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

IN RE: ABSESTOS PRODUCT LIABILITY | MDL DOCKET NO: 875
LITIGATION (NO. VI)

---

**NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.2(i)**

Now into Court comes Julie L. Mer, Esq., counsel for the defendant, Lockheed Martin Corporation ("Lockheed"), in the case of "Ernesto Miranda and Diana Miranda v. Abex Corporation, et al." Docket No. 08 CV 5509, U.S District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.L.M. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feel that the aforementioned action, "Ernesto Miranda and Diana Miranda v. Abex Corporation, et al." Docket No. 08 CV 5509, U.S District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Product Liability Litigation (No. VI) MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

WHEREFORE, counsel, Weiner Lesniak prays this Notice of Potential Tag Along Action be deemed good and sufficient.

                                              Respectfully Submitted,

By:    Julie L. Mer, Esq.
         Wiener Lesniak, LLP
         Attorneys for Defendant
         Lockheed Martin Corporation
         888 Veterans Memorial Highway
         Hauppauge, New York 11788
         (631) 232-6130