UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ERNESTO and DIANA MIRANDA,

                                   Plaintiffs,

        -against-

ABEX CORPORATION, et al.

                                   Defendants.
------------------------------------------------------------------x

Docket No.:
08 CV 5509

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 1.9**

      Pursuant to Rule 1.9 of the General Rules of the Southern and Eastern Districts of New York, Federal Rule of Civil Procedure Rule 7.1, and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a public party certifies that GE AVIATION SYSTEMS LLC not a publicly held entity and that GE AVIATION SYSTEMS LLC is a wholly owned subsidiary of GENERAL ELECTRIC COMPANY, a publicly held entity with no corporation or interest owning 10% or more of its stock and no publicly traded parents, subsidiaries, or affiliates.

Dated:      Newark, New Jersey
              July 8, 2008

                                  Yours, etc.

                                  SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  Michael A. Tanenbaum
                                  Attorneys for Defendant,
                                  GE AVIATION SYSTEMS LLC
                                  Three Gateway Center
                                  12th Floor
                                  Newark, New Jersey 07102
                                  (973) 242-0002

                                  SPEZIALI, GREENWALD & HAWKINS, P.C.
                                  David A. Speziali
                                  Attorneys for Defendant
                                  GE AVIATION SYSTEMS LLC
                                  P.O. Box 1086
                                  1081 Winslow Road
                                  Williamstown, New Jersey 08094
                                  (856) 728-3600

NJ/212187v1