UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| ERNESTO and DIANA MIRANDA,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>ABEX CORPORATION, et al.<br><br>                    Defendants. | Docket No.:<br>08 CV 5509<br><br>**DISCLOSURE OF**<br>**INTERESTED PARTIES**<br>**PURSUANT TO RULE 1.9** |

-------------------------------------------------------------------x

  Pursuant to Rule 1.9 of the General Rules of the Southern and Eastern Districts of New York, Federal Rule of Civil Procedure Rule 7.1, and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a public party certifies that TEXAS INSTRUMENTS INCORPORATED is a publicly held entity with no corporation or interest owning 10% or more of its stock and no publicly traded parents, subsidiaries, or affiliates.

Dated:  Newark, New Jersey
     July 10, 2008    Yours, etc.

               SEDGWICK, DETERT, MORAN & ARNOLD LLP

               _____
               Michael A. Tanenbaum
               Attorneys for Defendant,
               TEXAS INSTRUMENTS INCORPORATED
               Three Gateway Center
               12th Floor
               Newark, New Jersey 07102
               (973) 242-0002

NJ/212626v1