UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERNESTO AND DIANA MIRANDA,

                Civil Action No. 08 CV 5509 (SAS)

              Plaintiffs,

   -against-

ABEX CORPORATION, et al.,

              Defendants,

-----------------------------------------------------------X

## DEFENDANT RICOH AMERICAS CORPORATION'S 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Ricoh Americas Corporation, by its undersigned counsel, certifies that the following are its corporate parents, or any publicly held corporations that own 10% or more of its stock: Ricoh Americas Corporation is a wholly owned subsidiary of Ricoh Company, Ltd. No single entity or person owns 10% or more of the stock of Ricoh Company Ltd.

Dated: New York, New York
       July 30, 2008

                              Respectfully submitted,

                              Mound Cotton Wollan & Greengrass

                              By: _____
                              John Parker, Esq. (JFP-4761)
                              Gretchen Henninger, Esq. (GH-0035)

                              One Battery Park Plaza
                              New York, New York 10004
                              (212) 804-4200

                              Attorneys for Ricoh Americas Corporation