UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNESTO AND DIANA MIRANDA,

                        Plaintiffs,

   -against-

ABEX CORPORATION, et al.,

                        Defendants,

------------------------------------------------------------------X

Civil Action No. 08 CV 5509 (SAS)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EPSON AMERICA, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Epson America, Inc., by its undersigned counsel, respectfully submits this disclosure statement certifying that: Epson America, Inc. is a wholly-owned subsidiary of U.S. Epson, Inc. U.S. Epson, Inc. is a wholly-owned subsidiary of Seiko Epson Corporation, which is publicly traded in the Tokyo Stock Exchange.

Dated: New York, New York
       August 8th, 2008

Respectfully submitted,

Mound Cotton Wollan & Greengrass

By: _____*John F. Parker*_____
John Parker, Esq. (JFP-4761)
Kenneth R. Lange, Esq. (KRL-2862)

One Battery Park Plaza
New York, New York 10004
(212) 804-4200

Attorneys for Epson America, Inc.