UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

ERNESTO MIRANDA and DIANA MIRANDA,

        Plaintiffs,

  -against-

ABEX Corporation et al.,

        Defendants.

--------------------------------------------------------------x

Civil Action No. 08 CV 5509 (SAS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED TO that defendant Ricoh Americas Corporation time to answer or otherwise respond First Amended Complaint in the within action is hereby extended to July 31, 2008.

Dated: New York, New York
       July 22, 2008

Levy Phillips & Konigsberg, LLP

By _Pat Timmins_
Patrick Timmins, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 605-6200

Attorneys for Plaintiff

Mound Cotton Wollan & Greengrass

By: _____
Gretchen Henninger, Esq. (GH-0035)
One Battery Park Plaza
New York, New York 10004
(212) 804-4200

Attorneys for Defendant
Ricoh Americas Corporation

SO ORDERED

_____