UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNESTO and DIANA MIRANDA,                      08 CV 4231
                                                08 CV 5509
       Plaintiffs,

  -against-                                   **MOTION TO DISMISS**
                                                **GE AVIATION SYSTEMS, LLC**
ABEX CORPORATION, et al,

       Defendants.

------------------------------------------------------------------X

    COME NOW Plaintiffs Ernesto and Diana Miranda and state that Plaintiffs no longer intend to pursue any claims against Defendant GE Aviation Systems, LLC. Therefore, pursuant to Fed.R.Civ.P. § 41(a)(2), Plaintiffs request that the Court dismiss GE Aviation Systems, LLC from this action.

Dated: August 26, 2008

_____
Patrick J. Timmins, Esq.
Levy Phillips & Kongsberg
800 Third Ave
13th Floor
New York, NY 10022
Counsel for Plaintiffs Ernesto and Diana Miranda


SO ORDERED this _____ day of _____2008.


_____
  Judge Shira A. Scheindlin

{00126352.DOC}

## CERTIFICATE OF SERVICE

I, Patrick Timmins, a member of this Court, hereby certify that on this 27th day of August, 2008 I caused a true and correct copy of Motion to Dismiss GE Aviation Systems, LLC to be served electronically on all counsel of record in this matter.

/s/
Patrick Timmins

{00126405.DOC}